## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | RICHARD MITCHELL | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 15-16060 SR |

### ORDER APPROVING COUNSEL FEES

AND NOW, this 21 day of Sept. , 2016 upon consideration of the Motion of Carol B. McCullough, Esquire seeking the revesting of Trustee refund to satisfy an award of attorney compensation and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

ORDERED AND DECREED that the Motion is granted. The Trustee is ordered to pay Carol B. McCullough, Esquire attorney fees from fees of the estate in the amount of $1,500.00, subject to the trustee's commission, as approved by this Court before any funds revest to the debtor.

BY THE COURT:

THE HONORABLE STEPHEN RASLAVICH

Dated:_____

cc:    Frederick L. Reigle, Trustee
PO Box 4010
Reading, PA 19606


Carol B. McCullough, Esquire
65 West Street Road, Suite A-204
Warminster, PA 18974
(215) 957-6411

Richard Mitchell
611 Shoemaker Road
Jenkintown, PA 19046