United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-16060-sr
Richard T. Mitchell                                             Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: JeanetteG              Page 1 of 1             Date Rcvd: Sep 22, 2016
                               Form ID: pdf900              Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2016.
```
db             +Richard T. Mitchell,    611 Shoemaker Avenue,    Jenkintown, PA 19046-2131
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Sep 23 2016 01:53:35      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 23 2016 01:52:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 23 2016 01:53:23      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2016 at the address(es) listed below:
```
              CAROL B. MCCULLOUGH    on behalf of Debtor Richard T. Mitchell mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              CAROL B. MCCULLOUGH    on behalf of Plaintiff Richard T. Mitchell mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              STUART A. EISENBERG    on behalf of Debtor Richard T. Mitchell mlawoffice@aol.com,
               mlawoffice@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       RICHARD MITCHELL       :       CHAPTER 13
                                    :
             DEBTOR                 :       BANKRUPTCY No. 15-16060 SR

### ORDER APPROVING COUNSEL FEES

AND NOW, this 21st day of Sept., 2016 upon consideration of the Motion of Carol B. McCullough, Esquire seeking the revesting of Trustee refund to satisfy an award of attorney compensation and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

ORDERED AND DECREED that the Motion is granted. The Trustee is ordered to pay Carol B. McCullough, Esquire attorney fees from fees of the estate in the amount of $1,500.00, subject to the trustee's commission, as approved by this Court before any funds revest to the debtor.

BY THE COURT:

_____
THE HONORABLE STEPHEN RASLAVICH

Dated:_____

cc:    Frederick L. Reigle, Trustee
       PO Box 4010
       Reading, PA 19606

       Carol B. McCullough, Esquire
       65 West Street Road, Suite A-204
       Warminster, PA 18974
       (215) 957-6411

       Richard Mitchell
       611 Shoemaker Road
       Jenkintown, PA 19046